# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Daniel L. Hellmuth,

    Plaintiff,

                        Case No. 1:18cv397

      v.                    Judge Michael R. Barrett

Leanne Hood, *et al.*,

    Defendants.

## JUDGMENT IN A CIVIL CASE

[ ] **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X] **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: The Report and Recommendation and Supplemental Report and Recommendation (Docs. 16, 47) are adopted; defendants' Motions to Dismiss (Docs. 18, 20) are GRANTED.

Date: February 26, 2019               Richard W. Nagel, Clerk
                                          Clerk

                             By:     *S/Barbara A. Crum*
                                         Deputy Clerk